USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DANIEL MULLALY,

                         Plaintiff,

        -against-

LONG ISLAND RAILROAD COMPANY,

                         Defendant.
-------------------------------------------------------------- X

19-CV-7093 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 7, 2020, the parties appeared for a status conference;

    WHEREAS the parties indicated that fact discovery has been completed and that no dispositive motions are forthcoming;

    IT IS HEREBY ORDERED that a jury trial is scheduled for **June 22, 2020, at 10:00 A.M.** Any motions in limine shall be filed on or before **April 10, 2020**; responses must be filed on or before **April 24, 2020**. A joint pre-trial order, with pre-marked trial exhibits, requests to charge, and proposed voir dire questions must be submitted on or before **May 8, 2020**. The parties must appear for a final pretrial conference on **June 9, 2020, at 2:30 P.M.**

**SO ORDERED.**

Date: February 7, 2020
       New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**